JS-6/Enter

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JUN 27 2014

CENTRAL DISTRICT OF CALIFORNIA
BY          DV          DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNA LOVEJOY, | Case No. ED CV 13-1426 JCG |
| Plaintiff, | Case No. ED CV 12-129 JCG |
| v. | **JUDGMENT** |
| CAROLYN W. COLVIN, ACTING COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION, | |
| Defendant. | |

IT IS ADJUDGED that the decision of the Commissioner of the Social Security Administration is **AFFIRMED**.

Dated: 6-26-2014

_____
Hon. Jay C. Gandhi
United States Magistrate Judge